**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 887 |
| | : | |
| ORDER APPROVING THE | : | SUPREME COURT RULES |
| AMENDMENT OF | : | |
| PENNSYLVANIA RULE OF | : | DOCKET |
| EVIDENCE 803(3) | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 18th day of November, 2021, upon the recommendation of the Committee on Rules of Evidence; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Evidence 803(3) is amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective January 1, 2022.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.